United States District Court
Southern District of Texas
**ENTERED**
October 05, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| ARMANDO LEON-PEREZ, | § | |
| | § | |
| Petitioner, | § | |
| v. | § | CIVIL ACTION NO. 5:26-CV-00820 |
| | § | |
| MARKWAYNE MULLIN, *et al.*, | § | |
| | § | |
| Respondents. | § | |

**ORDER**

Before the Court is Petitioner's petition for a writ of habeas corpus. (D.E. 1). On April 7, 2026, Petitioner filed his petition, challenging his detention. *Id.* On May 11, 2026, the Court stayed this case. (D.E. 6). On August 4, 2026, the Court transferred this case to the undersigned, (D.E. 8, p. 1), and lifted the stay. Following lifting the stay, however, the Court did not enter a briefing schedule. *See* (D.E. 8).

The Court **ORDERS** Respondents to file a response and serve it on Petitioner within **ten (10) days** of the date of service. The responsive pleading must specifically address whether this Court has jurisdiction to entertain this Petition. *See Rumsfeld v. Padilla*, 542 U.S. 426, 435 (2004). The Court further **ORDERS** that if Petitioner elects to file a reply, he may do so no later than **five (5) days** after Respondents file their respective answers or responses. *See* Rule 5(e), Rules Governing § 2254 Proceedings.

To preserve the status quo while the Court considers this matter, the Court **ORDERS** Respondents to notify Petitioner's counsel and the Court of any anticipated or planned transfer of Petitioner outside the Southern District of Texas, Laredo Division, or any planned removal of him from the United States, **at least five (5) days before** any such transfer or removal.

SO ORDERED.

DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Signed: Corpus Christi, Texas
October 5th, 2026